## Creditor Matrix

NYS Department of Labor
W.A. Harriman State Campus- Bldg 12, Rm 509
Albany, NY 12240
Amount: $344,396.29

Juan Carlos Herrera
c/o Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Amount: $344,396.29

JP Morgan Chase Bank
270 Park Avenue
New York, NY 10017
Amount: $4,421.45
Account No. 1591