**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Hugo Eduardo Vargas | Social Security number or ITIN   xxx–xx–8586 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Southern District of New York

Case number:   19–12093–mg

## Discharge of Debtor(s) and Order of Final Decree

**12/15**

A petition under title 11, United States Code was filed by or against the Debtor(s) on 6/25/19; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.

- Angela G. Tese–Milner is discharged as the Trustee of the Debtors estate and the bond is cancelled.

- The chapter 7 case of the above–named Debtor(s) is closed.

10/9/19

**By the court:** Martin Glenn
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

**Discharge of Debtor(s) and Order of Final Decree**        page 2

United States Bankruptcy Court
Southern District of New York

In re:                                                          Case No. 19-12093-mg
Hugo Eduardo Vargas                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User:              Page 1 of 1          Date Rcvd: Oct 09, 2019
                              Form ID: 155new    Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db             +Hugo Eduardo Vargas,   24B Earhart Lane,   Bronx, NY 10475-5535
smg             N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY  12201-0551
smg             New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
                 Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY  11201-3719
smg            +United States Attorney's Office,   Southern District of New York,
                 Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
7555295        +Juan Carlos Herrera,   c/o Kirkland & Ellis LLP,   601 Lexington Avenue,
                 New York, NY 10022-4643
7555294        +NYS Department of Labor,   W.A. Harriman State Campus- Bldg 12, Rm,   Albany, NY 12240-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: atesemilner@iq7technology.com Oct 09 2019 19:54:12     Angela G. Tese-Milner,
                 Law Offices of Angela Tese-Milner, Esq.,   735 Wickham Avenue,   P.O. Box 35,
                 Mattituck, NY 11952-0035
smg             E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Oct 09 2019 19:54:35
                 New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
                 Albany, NY  12205-0300
7555296        +EDI: CHASE.COM Oct 09 2019 23:58:00     JP Morgan Chase Bank,   270 Park Avenue,
                 New York, NY 10017-2070
                                                                                 TOTAL: 3


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Angela G. Tese-Milner    atmtrustee@gmail.com,  atesemilner@iq7technology.com
              Steven  Beard   on behalf of Debtor Hugo Eduardo Vargas sbeard@coranober.com
              United States Trustee   USTPRegion02.NYECF@USDOJ.GOV
                                                                                 TOTAL: 3